# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Robert H. Johnson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:15-cv-00135-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Cindy LNU, Nurse, et al, | ) | |
| | ) | |
| Defendants, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 20, 2015 Order.

November 20, 2015

Frank G. Johns, Clerk
United States District Court